# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANNA MICHELLE RODRIGUEZ,<br><br>Defendant. | Case No.: 17CR1801-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Indictment in Criminal Case No. 17CR1801-CAB against defendant DEANNA MICHELLE RODRIGUEZ be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 8/14/17

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge